UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VEASNA UY-CHAN, | ) | NO. SACV 12-0654 GAF (SS) |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| ERIC HOLDER, et al., | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Verified Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1      **IT IS ORDERED** that Judgment shall be entered dismissing this action
2 without prejudice.

4      **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioner and counsel for Respondents.

7      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9 DATED: July 10, 2012

                                   _____
                                   GARY A. FEESS
                                   UNITED STATES DISTRICT JUDGE

2