1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   VEASNA UY-CHAN,                    )   NO. SACV 12-0654 GAF (SS)
                                        )
12                 Petitioner,          )
                                        )
13          v.                          )            **JUDGMENT**
                                        )
14   ERIC HOLDER, et al.,               )
                                        )
15                 Respondents.         )
                                        )
16   _____)

17

18       Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24       DATED: July 10, 2012

25                                          _____

26                                          GARY A. FEESS
                                            UNITED STATES DISTRICT JUDGE
27

28